**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

✓ ___ FILED   ___ ENTERED
___ LOGGED   ___ RECEIVED

**11:15 am, Nov 27 2023**
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

**IN THE MATTER OF THE SEARCH OF:**

**A 2020 CHEVROLET EQUINOX, MARYLAND REGISTRATION 4FB9713, VEHICLE IDENTIFICATION NUMBER: 2GNAXKEV0L6190109;**

**PERSON OF DIANA WALLER-JAMES.**

**Case No.**   1:23-mj-2797 -JMC
_____

**AFFIDAVIT IN SUPPORT OF**
**APPLICATION FOR SEARCH WARRANT**

I, Special Agent Steven M. Mason, being first duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AGENT BACKGROUND**

1.      Federal agents are investigating **DIANA WALLER-JAMES** (**"WALLER-JAMES"**), a United States Postal Service officer and employee, for her knowing and intentional embezzlement of letters, postal cards, packages, bags, mail or other articles entrusted to her, in violation of 18 U.S.C. § 1709.

2.      I make this affidavit in support of applications under Federal Rule of Criminal Procedure 41. Specifically, I seek warrants authorizing the search of the following locations, further described herein and in Attachments A-1 and A-2:

    a.      **2020 Chevrolet Equinox, Maryland registration 4FB9713, Vehicle Identification Number: 2GNAXKEV0L6190109;**

    b.      The person of **Diana Waller-Jones**.

3.      I am a Special Agent (SA) with the United States Postal Service, Office of Inspector General (OIG). I am authorized under 18 U.S.C § 3061 to investigate criminal matters relating to the Postal Service and the mails, including violations of 18 U.S.C. § 1709 (Theft of Mail Matter

1

by a Postal Employee) and related offenses.  I have been employed as a Special Agent since April 11, 2006.  Prior to joining the U.S. Postal Service OIG, I was a uniform Police Officer at the National Security Agency for approximately two years.  I am currently assigned to investigate Postal Service employees involved in the theft and/or obstruction of U.S. Mail and have been in this assignment for approximately 16 years.  I have conducted and assisted with numerous criminal investigations while employed with the Postal Service OIG.  Upon entering the U.S. Postal Service OIG, I successfully completed a 12-week Criminal Investigation Training Course at the Federal Law Enforcement Training Center (FLETC) and completed an Internal Mail Theft Investigation Training Course given by the U.S. Postal Service OIG.

4.      Based upon my training, experience, and information provided to me by other law enforcement officers, I am aware that individuals who unlawfully, knowingly, and intentionally embezzle letters, post cards, packages, bags, mail, and articles often maintain these items within their personal vehicles and on their person.

5.      The information contained in this affidavit is based upon my personal knowledge, my review of documents and other evidence, and my conversations with other law enforcement officers and individuals.  All conversations and statements described in this affidavit are related in substance and in part unless otherwise indicated.  Because this affidavit is being submitted for the limited purpose of establishing probable cause for a search warrant, I have not included every detail of every aspect of the investigation.  Rather, I have set forth only those facts that I believe are necessary to establish probable cause.  I have not, however, excluded any information known to me that would defeat a determination of probable cause.

1:23-mj-2797-JMC

**PROBABLE CAUSE**

6.     On September 8, 2023, I began investigating mail theft after rifled mail was discovered in the women's bathroom on the sixth floor of the Baltimore, Maryland Processing and Distribution Center (P&DC).  The Baltimore P&DC is a large U.S. Post Office facility at which mail is processed, separated, and categorized by class of mail and ZIP code.  Postal management reviewed the mail discovered in the women's bathroom and identified two postal employees that may have processed the mail through the Baltimore P&DC, one of whom was **WALLER-JAMES**, a mail processing clerk.

7.     **WALLER-JAMES** works on "Tour 3," the shift of postal employees who work from 3:00 p.m. to 11:30 p.m.  **WALLER-JAMES** processes mail on Delivery Barcode Sorter (DBCS) No. 15.  The mail is manually fed into the DBCS by a mail processing clerk, after which it is sorted into a specific bin location.  The mail is then manually removed by either the same mail processing clerk or another mail processing clerk and is placed in letter trays.  There are several DBCS machines located at the Baltimore P&DC.  The ZIP codes on which Tour 3 employees work at DBCS No. 15 primarily serve northern Maryland.

8.     On September 8, 2023, I and another OIG agent stationed ourselves in a covert area where agents have accessibility to conduct surveillance on employees working on the floor inside the Baltimore P&DC.  We saw **WALLER-JAMES** at DBCS No. 15 with a large amount of First-Class mail (greeting cards) in different colored envelopes.  **WALLER-JAMES** placed the envelopes from DBCS No. 15 inside a turquoise lunch bag.  **WALLER-JAMES** then left her work area for the day at 11:30 p.m., carrying the turquoise lunch bag and an additional black bag.

9.     Through my training, knowledge, and experience, postal customers commonly include cash, gift cards, and personal checks in the greeting cards to celebrate special occasions.

10.     On September 19, 2023, I and another OIG agent conducted surveillance at the Baltimore P&DC.   We saw **WALLER-JAMES** processing mail at DBCS No. 15 from approximately 3:00 p.m. through 10:00 p.m.   During that time, **WALLER-JAMES** isolated approximately 81 First-Class greeting cards by taking them out of the mail stream before being processed on DBCS No. 15.  **WALLER-JAMES** then removed her food from her turquoise lunch bag and placed the mail inside the lunch bag.  **WALLER-JAMES** then concealed the mail by placing the food on top of the mail and zipped the lunch bag.

11.     At approximately 9:00 p.m., we observed **WALLER-JAMES** leave her workstation with the turquoise lunch bag and a large black bag.  **WALLER-JAMES** left DBCS No. 15 and walked down the employee ramp, which leads to the employee parking garage. **WALLER-JAMES** returned to DBCS No. 15 at approximately 9:50 p.m. with only a small black purse.  **WALLER-JAMES** did not have the turquoise lunch bag or her large black bag when she returned to work.

12.     OIG agents explored the employee parking lot and found **WALLER-JAMES**'s vehicle, a 2020 Chevrolet Equinox with Maryland registration 4FB9713.  OIG agents looked through the window of **WALLER-JAMES**'s car but were unable to observe anything inside.

13.     I conducted a vehicle registration check with the Maryland Coordination & Analysis Center, which revealed that the 2020 Chevrolet Equinox, registration 4FB9713, was registered to **WALLER- JAMES**.

14.     Also on September 19, 2023, I received information regarding an Amazon gift card that was mailed to Woodbine, Maryland, but never received by the intended recipient. Specifically, I received information that on May 10, 2023, Sandra Delack reported that she purchased a printable electronic $100 Amazon gift card with the code, 111-5255183-6097020, on

4

April 21, 2023.  On April 22, 2023, Delack placed the Amazon gift card inside a greeting card and mailed it to Kristen Johnson, in Woodbine, Maryland 21797.  The greeting card and gift card were not received by Kristen Johnson.  On May 8, 2023, Delack contacted Amazon about the gift card and Amazon stated that the gift card had been redeemed online.

15.     ZIP code 21797 is among the ZIP codes serviced by Tour 3 employees working at DBCS No. 15.

16.     OIG issued a subpoena to Amazon.com Inc, and on June 14, 2023, Amazon.com Inc. issued information about the redeemed gift card.  Amazon records indicate that on April 30, 2023, **WALLER-JAMES** purchased items costing $136.12 using the $100 gift card with the code 111-5255183-6097020, and identifying a delivery address of 5251 Saybrook Road, Baltimore, MD 21206-4206.  The transaction was associated with **WALLER-JAMES**'s Amazon account.  In addition, a credit card used to cover the difference between the $100 gift card and the cost of the transaction listed the name **WALLER-JAMES**.

17.     On October 3, 2023, I and another OIG agent conducted surveillance at the beginning of shift Tour 3 and observed **WALLER-JAMES** process the mail on DBCS No. 15. We observed **WALLER-JAMES** isolate and remove several greeting cards from the mail stream before being processed in DBCS No. 15.  Agents later observed **WALLER-JAMES** take her food out of her turquoise lunch bag and conceal approximately 100 greeting cards inside her lunch bag. OIG agents observed **WALLER-JAMES** place the food on top of the mail and then zipper shut the lunch bag.

18.     At approximately 4:13 p.m., **WALLER-JAMES** isolated approximately 20 additional greeting cards and then place them inside a large black bag.

19.      At approximately 11:30 p.m., **WALLER-JAMES** walked to her Chevrolet Equinox while carrying her turquoise lunch bag.  We observed **WALLER-JAMES** enter the vehicle with the turquoise lunch bag and drive out of the Baltimore P&DC employee parking lot. We continued to surveil **WALLER-JAMES** as she was leaving the area.

20.      At approximately 11:58 p.m., **WALLER-JAMES** pulled into a Royal Farms store located at 6201 Pulaski Highway, Baltimore, Maryland and parked her vehicle in front of the store. OIG agents observed **WALLER-JAMES** sitting in her vehicle, where she appeared to handle the mail she had placed into her turquoise lunch bag.  OIG agents observed **WALLER-JAMES** leave her vehicle to go into the Royal Farms store at approximately 12:52 a.m.  OIG agents did not see **WALLER-JAMES** carry or throw away any mail in the Royal Farms store.

21.      At approximately 1:04 a.m., **WALLER-JAMES** left the Royal Farms store and traveled to a motel called America's Best Value Inn located at 6501 Frankford Ave, Baltimore, MD 21206.  Agents observed the 2020 Chevrolet Equinox parked in the motel parking lot.  OIG agents approached the vehicle but did not see any bags or mail inside the vehicle.

## CONCLUSION

22.      Based on the foregoing, there is probable cause to believe that, in Baltimore, Maryland, within the District of Maryland and elsewhere, **WALLER-JAMES**, a United States Postal Service employee, committed Theft of Mail Matter in violation of 18 U.S.C. § 1709.

23.      Based on the foregoing, I have probable cause to believe that contraband and evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 1709 are currently contained in **WALLER-JAMES**'s vehicle and on her person, as more fully described in Attachments A-1 and A-2.  I therefore respectfully request that a search warrant be issued authorizing a search of **WALLER-JAMES**'s person and her vehicle for the items described above and in Attachment B.

24.     Based on the foregoing, I respectfully submit that good cause has been established to execute a search warrant outside the hours of 6 a.m. to 10 p.m.  As noted, **WALLER-JAMES** works shift Tour 3, from the hours of 3:00 p.m. to 11:30 p.m., and on two occasions was seen transporting mail in her turquoise lunch bag to her car only at the end of her shift.  *See* ¶¶ 7, 8, 19. Accordingly, I respectfully submit that executing the search warrant on **WALLER-JAMES**'s vehicle and person after the conclusion of her shift at 11:30 p.m. would yield contraband and evidence, fruits, and instrumentalities of violations of 18 U.S.C. § 1709.

Respectfully submitted,

*Steven Mason*
_____
Special Agent Steven Mason
U.S. Postal Service Office of Inspector
General

Affidavit submitted by email and attested to me as true and accurate by telephone consistent with Fed. R. Crim. P. 4.1 and 41(d)(3) this _____1st_____ of November 2023.

_____
THE HONORABLE J. MARK COULSON
UNITED STATES MAGISTRATE JUDGE



7

## ATTACHMENT A-1

## DESCRIPTION OF VEHICLE TO BE SEARCHED

2020 Chevrolet Equinox, Maryland registration 4FB9713, Vehicle Identification Number:

2GNAXKEV0L6190109.

 

**<u>ATTACHMENT A-2</u>**

**DESCRIPTION OF PERSON TO BE SEARCHED**

Diana Waller-James, DOB: 10/08/1967, Black female, approximately 5'3" in height and

approximately 210 lbs.  Photographs of **WALLER-JAMES** are shown below.



1:23-mj-2797-JMC

## ATTACHMENT B

## LIST OF ITEMS TO BE SEIZED AND SEARCHED FROM

The items and persons to be seized and searched from:

    a.      2020 Chevrolet Equinox, Maryland registration 4FB971, Vehicle Identification Number 2GNAXKEV0L6190109; and

    b.      The person of Diana Waller-James;

as well as any locked or closed containers therein, for the following fruits, evidence and instrumentalities of violations of 18 U.S.C § 1709, including:

1. U.S. currency in the form of bills;

2. Retail store gift cards, to include, but not limited to gift cards to Amazon.com;

3. Checks;

4. Money orders;

5. Credit and debit cards in names other than DIANA WALLER-JAMES;

6. Mail not addressed to DIANA WALLER-JAMES, including envelopes or their contents;

7. Any and all receipts relating to the redemption of gift cards;

8. Indicia of ownership and control of the 2020 Chevrolet Equinox, Maryland license plate number 4FB971, Vehicle Identification Number 2GNAXKEV0L6190109;

9. Any documents or notes relating to gift card numbers and/or gift card amounts.

If the government identifies any seized communications that may implicate the attorney-client privilege, law enforcement personnel will discontinue its review and take appropriate steps to segregate all potentially privileged information so as to protect it from substantive review. The investigative team will take no further steps regarding any review of information so segregated absent further order of the court. The investigative team may continue to review any information not segregated as potentially privileged.